UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>MATTHEW D. LANE,  )<br>)<br>Defendant.  ) | Criminal No. 25-CR-40015-MRG |

## NOTICE OF APPEARANCE

Please enter the appearance of Raquelle L. Kaye, Assistant United States Attorney, as Counsel for the United States of America in the above-captioned case.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   /s/ *Raquelle L. Kaye*
RAQUELLE L. KAYE
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
raquelle.kaye@usdoj.gov

Dated: August 26, 2025