UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cr-40015-MRG |
| | ) | |
| | ) | |
| MATTHEW LANE | ) | |

**ASSENTED TO MOTION TO SEAL AND IMPOUND
SENTENCING MEMORANDUM AND EXHIBITS**

Pursuant to Local Rule 7.2, the Defendant, Matthew Lane, by and through his attorney, moves for an order sealing and impounding, until further order of this Court, the portions of the forthcoming **SENTENCING MEMORANDUM** and **EXHIBITS IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM**. The Defendant is seeking that the filings be SEALED by the Court, rather than filed publicly, because they contain detailed references to highly sensitive medical information regarding the Defendant.

The Government, through ADA Kristen Kearney, assents to this motion.

                                                                        Respectfully Submitted,
                                                                       MATTHEW D. LANE
                                                                       By his attorney,

                                                                       */s/ Sean M. Smith*
                                                                       Sean M. Smith, (680510)
                                                                       Rudolf, Smith, Griffis & Ruggieri, LLP
                                                                       446 Main Street | Suite 1503
                                                                       Worcester, MA 01608
                                                                       smith@rudolfsmith.com
                                                                       P: (508) 425-6330

Dated: October 7, 2025                                            F: (508) 536-0834

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

                                                                    */s/ Sean M. Smith*
                                                                      Sean M. Smith